UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| RACHAEL RENEE MESHELL, ON BEHALF OF HER MINOR CHILD, L.J. | § | CIVIL ACTION NO. _____ |
| VERSUS | § | JUDGE _____ |
| STEVE PRATOR, SHERIFF, ET AL. | § | MAGISTRATE JUDGE _____ |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, Caddo Parish Sheriff, Steve Prator, who, appearing solely for the purpose of presenting this Notice of Removal of the above-entitled cause to this Honorable Court under the provisions of 28 U.S.C. §1441, *et seq.*, and reserving all rights, respectfully shows as follows:

1.

This suit was commenced in the First Judicial District Court, Caddo Parish, Louisiana, by Rachael Renee Meshell, on behalf of her minor child, L.J. on August 5, 2021, docket number 631,936-B. There has been no service on any Defendant. Accordingly, Defendant files this, its Notice of Removal, within thirty (30) days from service of the Petition upon the first served defendant.

2.

This action is of a civil nature at law. The Plaintiffs seek recovery under state and federal law, including 42 U.S.C. §1983, alleging that Defendants violated Fourteenth Amendment rights.

1

3.

This Court has jurisdiction of this cause of action pursuant to 28 U.S.C. §1331, federal question jurisdiction.

4.

The proper court for removal is the United States District Court for the Western District of Louisiana.

5.

No parties that have been served at the time of removal.

6.

Defendant files herewith a copy of all papers they have received and all documents contained in the suit record, civil docket number 631,936-B.  See Exhibits.

7.

Defendant further shows unto the Court that immediately upon the filing of this Notice of Removal a copy of same shall be served upon all adverse parties and a copy filed with the Clerk of the First Judicial District Court, Caddo Parish, Louisiana, all in accordance with 28 U.S.C. §1446(d).

8.

Defendant further shows that if any funds are held by the state Court which are properly transferable to this Court, a request for the transfer of those funds will be made.

Respectfully submitted,

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY, BYRD & CROMWELL, L.L.P.


　　　/s/ Edwin H. Byrd, III　　　　　　　　
Edwin H. Byrd, III, La. Bar No. 19509
400 Texas Street, Suite 400 (71101)
Post Office Box 1786
Shreveport, Louisiana 71166-1786
Ph. (318) 221-1800
Fax (318) 226-0390

ATTORNEY FOR DEFENDANT, CADDO PARISH
SHERIFF, STEVE PRATOR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Notice of Removal to Federal Court has this date been served upon the following by placing same in the United States mail, postage prepaid and properly addressed:

Rachael Renee Meshell, on behalf
of her minor child, L.J.
through her attorneys of record
Ms. Allison A. Jones, T.A.
Downer, Jones, Marino & Wilhite
401 Market Street, Suite 1250
Shreveport, LA 71101

Yves M. Verret, III
Attorney at Law
3985 Airline Drive
Bossier City, LA 71111

Honorable Mike Spence
Clerk of Court
First Judicial District Court
501 Texas Street, Room 103
Shreveport, LA 71101

Shreveport, Louisiana this 17th day of August, 2021.

_____/s/ Edwin H. Byrd, III_____
OF COUNSEL

4